```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
HANS ALEXANDER,                            :
                          Plaintiff,       :
                                           :    07 Civ. 2679 (DLC)
          -v-                              :
                                           :         ORDER
NEW YORK CITY, NEW YORK POLICE DEPT;       :
and POLICE OFFICER PALINKAS,               :
                          Defendants.      :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

    The above-referenced case has been assigned to this Court. The complaint was filed with the Court on April 2, 2007, but our files reflect that the complaint was never served on the defendants. It is hereby

    ORDERED that the plaintiff communicate with the Court, in writing, as to why plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if you believe that the defendants have been served, when and in what manner such service was made.

    IT IS FURTHER ORDERED that if we do not receive any communication from you by **September 20, 2007**, showing good cause why such service was not made within the 120 days, the Court will dismiss the case.

In addition, in the event that your address changes, please be sure to inform the Court of your new address. Failure to do so may result in dismissal of your lawsuit.

SO ORDERED:

Dated:   New York, New York
         August 21, 2007

                                             DENISE COTE
                                United States District Judge

Copies Sent To:

Hans Alexander
(241-06-15866)
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

**PLEASE SEND COPIES IMMEDIATELY TO ALL COUNSEL**