```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
HANS ALEXANDER,                          :
                                         :   07 CIV. 2679 (DLC)
                    Plaintiff,           :
                                         :        ORDER
     -v-                                 :
                                         :
NEW YORK CITY, NEW YORK POLICE           :
DEPARTMENT, and POLICE OFFICER PALINKAS  :
                                         :
                    Defendants.          :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-08

DENISE COTE, District Judge:

Having received a January 8, 2008 letter from defendants requesting an extension of time in which to file a response to the complaint on behalf of Police Officer Palinkas, it is hereby

ORDERED that the defendants' time to file a response to the complaint on behalf of Police Officer Palinkas is extended until February 4, 2008.

SO ORDERED:

Dated:   New York, New York
         January 10, 2008

                                    _____
                                            DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Hans Alexander
(241-06-15866)
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

Sarah B. Evan
NYC Law Department, Office of the Corporation Counsel
100 Church Street, Room 30151
New York, NY 10007