```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
HANS ALEXANDER,                          :
                                         :   07 CIV. 2679 (DLC)
                    Plaintiff,           :
                                         :        ORDER
     -v-                                 :
                                         :
NEW YORK CITY, NEW YORK POLICE           :
DEPARTMENT, and POLICE OFFICER PALINKAS  :
                                         :
                    Defendants.          :
-----------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1-24-08 |

DENISE COTE, District Judge:

By letter dated January 23, 2008, counsel for the defendants represents that that plaintiff has failed to respond to defense counsel's request by letter dated November 21, 2007 for signed authorizations to release sealed records pertaining to plaintiff's September 30, 2004 arrest and records of any medical treatment received by the plaintiff in connection with the incident alleged in the complaint.  It is hereby

ORDERED that the plaintiff execute and return the requested unsealing releases no later than February 8, 2008.

IT IS FURTHER ORDERED that the defendants' time to file a response to the complaint on behalf of Police Officer Palinkas is extended until March 7, 2008.

IT IS FURTHER ORDERED that the initial conference scheduled

for February 8, 2008 at 12:30 p.m. is adjourned to March 21, 2008 at 9 a.m.

SO ORDERED:

Dated:   New York, New York
         January 24, 2008

```
                                  _____
                                        DENISE COTE
                                  United States District Judge
```

COPIES SENT TO:

Hans Alexander
(241-06-15866)
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

Sarah B. Evan
NYC Law Department, Office of the Corporation Counsel
100 Church Street, Room 30151
New York, NY 10007