```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HANS ALEXANDER,                         :
                                        :    07 CIV. 2679 (DLC)
                  Plaintiff,            :
                                        :         ORDER
     -v-                                :
                                        :
NEW YORK CITY, NEW YORK POLICE          :
DEPARTMENT, and POLICE OFFICER PALINKAS :
                                        :
                  Defendants.           :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

DENISE COTE, District Judge:

Plaintiff commenced this action on April 2, 2007 to seek redress for the defendants' alleged violation of his rights. By letter dated November 21, 2007, defendants requested that plaintiff provide signed authorizations to release sealed records pertaining to plaintiff's September 30, 2004 arrest and records of any medical treatment received by the plaintiff in connection with the incident alleged in the complaint. Having failed to provide the requested releases, plaintiff was directed by an Order dated January 24, 2008 to execute and return the unsealing releases no later than February 8, 2008.

By letter dated February 20, 2008, counsel for the defendants represent that plaintiff has not yet provided the defendants with the requested unsealing and medical releases. Defendants have, therefore, moved to dismiss this action pursuant to Rules 37(b)(2) and 41(b) of the Federal Rules of Civil Procedure for plaintiff's failure to obey the Court's January 24, 2008 Order and failure to prosecute this action. It is hereby

ORDERED that the plaintiff's opposition to defendants'

motion to dismiss is due no later than **March 28, 2008**. Defendants' reply is due no later than **April 11, 2008**.

IT IS FURTHER ORDERED that if the Court does not receive any communication from plaintiff by **March 28, 2008** showing good cause why he has not complied with the January 24 Order, the Court will dismiss this case.

IT IS FURTHER ORDERED that the initial conference previously scheduled for March 21, 2008 at 9 a.m. is cancelled.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED:

Dated:   New York, New York
         February 21, 2008

                                           /s/ Denise Cote
                                      ─────────────────────────
                                           DENISE COTE
                                      United States District Judge

COPIES SENT TO:

Hans Alexander
(241-06-15866)
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

Sarah B. Evans
NYC Law Department, Office of the Corporation
Counsel
100 Church Street, Room 30151
New York, NY 10007