UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HANS ALEXANDER,                          :
                                         :        07 CIV. 2679 (DLC)
                  Plaintiff,             :
                                         :              ORDER
        -v-                              :
                                         :
NEW YORK CITY, NEW YORK POLICE           :
DEPARTMENT, and POLICE OFFICER PALINKAS  :
                                         :
                  Defendants.            :
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/27/08
```

DENISE COTE, District Judge:

    Plaintiff was directed by an Order dated January 24, 2008 to

execute and return unsealing releases requested by defendants no

later than February 8.  Defendants moved to dismiss this action

by letter dated February 20 because plaintiff had not yet

returned the requested releases.  An Order dated February 21 set

a briefing schedule for the defendants' motion to dismiss.  On

February 25, this Court received a letter from plaintiff dated

February 18 and responding to the January 24 Order.  Plaintiff

represents that he had returned the releases soon after they were

first sent to him, but that if the defendants resend releases to

him, he will now execute them again.  Although plaintiff's letter

responds to the January 24 Order, it will also be construed as

the plaintiff's opposition to defendants' motion to dismiss.  It

is hereby

    ORDERED that the defendants will send plaintiff new copies

of the requested release forms.  Upon receiving the new copies,

plaintiff will execute the releases and return them promptly to

defendants.

IT IS FURTHER ORDERED that the defendants' motion to dismiss is denied without prejudice to its renewal in the event plaintiff does not execute and return the releases.

IT IS FURTHER ORDERED that the defendants' time to file a response to the complaint on behalf of Police Officer Palinkas is extended until April 11, 2008.

IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just under the circumstances.

SO ORDERED:

Dated:    New York, New York
          February 27, 2008

                              DENISE COTE
                      United States District Judge

2

COPIES SENT TO:

Hans Alexander
(241-06-15866)
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

Sarah B. Evans
NYC Law Department, Office of the Corporation
Counsel
100 Church Street, Room 30151
New York, NY 10007