UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X
                                                  :
HANS ALEXANDER,                                   :   08 CIV. 2679 (DLC)
             Plaintiff,                           :   (THK)*
                                                  :
        -v-                                       :   ORDER OF
                                                  :   REFERENCE TO A
                                                  :   MAGISTRATE JUDGE
NEW YORK CITY, NEW YORK POLICE                    :
DEPARTMENT, and POLICE OFFICER PALINKAS,          :
                                                  :
             Defendants.                          :
                                                  :
------------------------------------------------------------------ -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ _____ |

*   Do not check if already referred for general pretrial.

        SO ORDERED:

DATED:  New York, New York
        June 23, 2008

                                        /s/ Denise Cote
                                        _____
                                        DENISE COTE
                                        United States District Judge