USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HANS ALEXANDER,                         :
                                        :
                    Plaintiff,          :   07 Civ. 2679 (DLC)
                                        :
        -v-                             :         ORDER
                                        :
NEW YORK CITY, NEW YORK POLICE          :
DEPARTMENT, and POLICE OFFICER PALINKAS :
                                        :
                    Defendants.         :
----------------------------------------X
```

DENISE COTE, District Judge:

By letter dated June 22, 2008, the pro se plaintiff requested a copy of the trial ready manual. This manual was created for litigants who have trial-ready cases but are not represented by an attorney. The defendants have been ordered to contact the chambers of Magistrate Judge Katz to pursue settlement discussions under his supervision, and the time for discovery in this case is not scheduled to close until January 30, 2009. For these reasons, this case is not ready for trial. Because the plaintiff's June 22 request is premature, it is hereby

ORDERED that the plaintiff's request is denied without prejudice to its renewal at such time as the date for the

completion of discovery has passed.

SO ORDERED:

Dated:   New York, New York
         June 30, 2008

                                                                                                    _____
                                                                                                    DENISE COTE
                                            United States District Judge

COPIES SENT TO:

Hans Alexander
(241-06-15866)
North Infirmary Command
15-00 Hazen Street
East Elmhurst, NY 11370

Brian Francolla
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007

Magistrate Judge Katz