UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HANS ALEXANDER,                         :
                                        :
                    Plaintiff,          :
                                        :
        -v-                             :
                                        :
NEW YORK CITY, NEW YORK POLICE          :
DEPARTMENT, and POLICE OFFICER PALINKAS :
                                        :
                    Defendants.         :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

07 Civ. 2679 (DLC)

ORDER OF
DISCONTINUANCE

DENISE COTE, District Judge:

It having been reported to this Court that this case has
been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is,
discontinued without costs to either party and without prejudice
to restoring the action to this Court's calendar if the
application to restore the action is made within thirty days.

SO ORDERED:

Dated:    New York, New York
          August 25, 2008

                              DENISE COTE
                              United States District Judge

COPIES SENT TO:

Hans Alexander                          Brian Francolla
(241-06-15866)                          Assistant Corporation Counsel
North Infirmary Command                 City of New York Law Department
15-00 Hazen Street                      100 Church Street
East Elmhurst, NY 11370                 New York, NY 10007

Magistrate Judge Katz